# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BOCZAN,<br><br>Plaintiff,<br><br>vs.<br><br>RISE CREDIT OF CALIFORNIA, LLC, and TRANSUNION, LLC,<br><br>Defendants. | Case No.: CV 21-2173-DMG (PVCx)<br><br>**ORDER OF DISMISSAL [26]** |

Plaintiff Debra Boczan and Defendant TransUnion, LLC, having filed a Joint Stipulation of Dismissal and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice, with each party to bear their own costs and attorneys' fees.

DATED: July 14, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE